The Indianapolis, Cincinnati, and Lafayette Railroad Company v. Trisler.

SET-OFF.—A set-off in favor of one of two makers of a promissory note, both being principals, pleaded by him in answer to a suit on the note against the makers, is bad on demurrer.

APPEAL from the Boone Circuit Court.

*C. C. Nave*, for appellants.

*O. S. Hamilton* and *C. C. Galvin*, for appellee.

---

THE INDIANAPOLIS, CINCINNATI, AND LAFAYETTE RAILROAD COMPANY *v.* TRISLER.

EVIDENCE.— *Weight of.—Supreme Court.*—It is not the province of the Supreme Court to weigh the evidence and determine the preponderance thereof. Before it will interfere upon the evidence alone, it must appear by the record, not merely that the finding was against the weight of evidence, but that it was wrong beyond any question whatever.

APPEAL from the Decatur Common Pleas.

FRAZER, J.—This case is here upon the evidence. The

evidence upon one point was not, as it is given to us by a bill of exceptions, of the most satisfactory character. There was, however, evidence sufficient to put it out of our power to interfere.

The appellant argues the case as if this court were to weigh the evidence and determine the preponderance thereof. Such is not our province. It must appear by the record, not merely that the finding below was against the weight of evidence, but that that finding was wrong beyond any question whatever, before we can interfere upon the evidence alone.

The judgment is affirmed, with ten per cent. damages, and costs.

*W. Cumback, S. A. Bonner,* and *J. D. Miller,* for appellant.
*B. W. Wilson* and *W. H. Carroll,* for appellee.